# Third District Court of Appeal
## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1922
Lower Tribunal Nos. F07-30332A, F07-30254B

————————

**Venices L. Hawkins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Venices L. Hawkins, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.